IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BOBBY RAY DYER, JR., :
:
    Plaintiff :
:
vs. :
:
UNKNOWN DEFENDANT(S), :   NO. 5:12-CV-229 (MTT)
:
    Defendants :   **O R D E R**
_____

    *Pro se* Plaintiff **BOBBY RAY DYER, JR.**, while incarcerated at Central State Prison,[1] submitted a letter, which the Clerk's Office docketed as a 42 U.S.C. § 1983 action (Doc. 1). Plaintiff did not pay the $350.00 filing fee or submit a request to proceed *in forma pauperis*. It is not clear that Plaintiff wishes to file a lawsuit, and the Court will not construe Plaintiff's letter as an attempt to do so. Instead, the Clerk's Office is directed to send Plaintiff copies of this Court's standard 42 U.S.C. § 1983 and IFP forms. If Plaintiff wishes to file a lawsuit in this Court, he should complete and return the forms, upon which action a new case number shall be assigned. Before filing his lawsuit, Plaintiff should pursue his remedies under the Georgia Department of Corrections' grievance procedure, as generally required by 42 U.S.C. § 1997e(a).

    Based on the foregoing, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**.

---

[1] Plaintiff has not informed the Court of his current location. According the Georgia Department of Corrections website, he is now confined at Dooly State Prison.

**SO ORDERED**, this 3rd day of October, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
